**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thanh Ngoc NGUYEN, Defendant–Appellant.**

**No. 11–11740**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 26, 2012.

Steven E. Butler, Assistant U.S. Attorney, Gloria A. Bedwell, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Raymond Arthur Pierson, Attorney at Law, Richard Russell Williams, Richard R.

---

4. Defendants' request for oral argument is DENIED.

Williams, LLP, Mobile, AL, for Defendant–Appellant.

Before EDMONDSON, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Raymond A. Pierson, appointed counsel for Thanh Nguyen in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Nguyen's convictions and sentences are **AFFIRMED**.